

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00276-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Michael **RYERSON**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-18812
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED denying the appellee's petition for expunction. It is ORDERED that appellant, Texas Department of Public Safety, recover its costs of this appeal from appellee, Michael Ryerson.

SIGNED December 28, 2016.

Patricia O. Alvarez, Justice